| | | | |
|---|---|---|---|
| Ranocchia v. Erie Insurance . . . . . . . . . . . | 2166 MDA 2015<br>Affirmed | 08/19/2016 | 2014–CV–4555<br>(Lackawanna) |
| Com. v. Williams . . . . . . . . . . . . . . . . . . . . . | 45 MDA 2016<br>Affirmed | 08/19/2016 | CP–06–CR–0002854–<br>2014<br>(Berks) |
| Com. v. Josephs . . . . . . . . . . . . . . . . . . . . . | 54 MDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 08/19/2016 | CP–06–CR–0005777–<br>2014<br>(Berks) |
| Com. v. Josephs . . . . . . . . . . . . . . . . . . . . . | 55 MDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 08/19/2016 | CP–06–CR–0001735–<br>2015<br>(Berks) |
| Com. v. Perez–Hood . . . . . . . . . . . . . . . . . . | 139 MDA 2016<br>Affirmed | 08/19/2016 | CP–35–CR–0001695–<br>2006<br>(Lackawanna) |
| Com. v. Kroh . . . . . . . . . . . . . . . . . . . . . . . | 166 MDA 2016<br>Affirmed | 08/19/2016 | CP–06–CR–0005974–<br>2014<br>(Berks) |
| Com. v. Marsolick . . . . . . . . . . . . . . . . . . . . | 269 MDA 2016<br>Affirmed | 08/19/2016 | CP–06–CR–0005176–<br>2011<br>(Berks) |
| M.G. v. M.A. . . . . . . . . . . . . . . . . . . . . . . . . | 1861 WDA 2014<br>Affirmed | 08/19/2016 | FD13–001728–006<br>Allegheny |
| Com. v. Sarver . . . . . . . . . . . . . . . . . . . . . . | 908 WDA 2015<br>Reversed,<br>Vacated and<br>Remanded | 08/19/2016 | CP–26–CR–0002160–<br>2012<br>(Fayette) |
| Com. v. James [22] . . . . . . . . . . . . . . . . . . . . | 1012 WDA 2015<br>Affirmed | 08/19/2016 | CP–02–CR–0000990–<br>2011<br>CP–02–CR–0004395–<br>2011<br>CP–02–CR–0015955–<br>2008<br>(Allegheny) |
| Com. v. Jones . . . . . . . . . . . . . . . . . . . . . . . | 1054 WDA 2015<br>Remanded<br>Jurisdiction<br>Retained | 08/19/2016 | CP–02–CR–0013357–<br>2014<br>(Allegheny) |
| Com. v. McCall . . . . . . . . . . . . . . . . . . . . . | 1497 WDA 2015<br>Affirmed | 08/19/2016 | CP–17–CR–0000670–<br>2014<br>(Clearfield) |
| Com. v. Lauer . . . . . . . . . . . . . . . . . . . . . . | 1722 WDA 2015<br>Affirmed | 08/19/2016 | CP–61–CR–0000002–<br>2014<br>(Venango) |
| Com. v. Allen–Jackson . . . . . . . . . . . . . . . . | 1926 WDA 2015<br>Appeal<br>dismissed | 08/19/2016 | CP–02–SA–0001514–<br>2015<br>(Allegheny) |

22. Petition for reargument denied October 24, 2016.